### NATIONAL BANK OF ATHENS *v.* TUCK *et al.*

LITTLE, J. The principles announced by this court in the decision of the case of *Bank of the University* v. *Tuck*, this day rendered, control this case adversely to the judgment rendered below.

*Judgment reversed. All concurring, except Cobb, J., disqualified.*

Argued April 16, — Decided May 7, 1897.

Complaint on note — certiorari. Before Judge Hutchins. Clarke superior court. April term, 1896.

*J. J. Strickland* and *W. S. Basinger*, for plaintiff. *Erwin & Erwin, H. C. Tuck* and *Lumpkin & Burnett*, for defendants.

### MATTHIAS *v.* FOSTER.

FISH, J. This being an action by an administratrix with the will annexed, against several defendants, for the use and occupation of land, and the evidence in no view thereof authorizing a finding that the relation of landlord and tenant had ever existed between the testatrix and the only defendant against whom the plaintiff, at the trial, finally sought a recovery, there was no error in granting a nonsuit as to this defendant, nor in dismissing the action as to the remaining defendants, the plaintiff expressly stating that no verdict as to them was desired or asked.

*Judgment affirmed. All the Justices concurring.*

Submitted April 14, — Decided May 7, 1897.

Complaint. Before Judge Henry. Floyd superior court. March term, 1896.

*Hoskinson & Harris*, for plaintiff. *Alexander & Hillyer, J. B. F. Lumpkin* and *J. Branham*, for defendants.